UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-124-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TOBY EDWARD CARTER | ORDER TO SEAL |

On motion of the Defendant, Toby Edward Carter, and for good cause shown, it is hereby ORDERED that [DE 52] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This  27th   day of January, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge